UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SILVIO OMAR HERNANDEZ-CUEVAS,
A# 023–628–591,

    Petitioner,

v.                                            4:18cv13–WS/CAS

JEFF SESSIONS, et al.,

    Respondents.

_____

ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 4) docketed January 16, 2018. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be dismissed for lack of jurisdiction. No objections to the report and recommendation have been filed.

The court having reviewed the matter, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 4) is adopted and incorporated by reference in this order of the court.

2. Petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED for

lack of jurisdiction.

    3. The clerk shall enter judgment stating: "All claims are DISMISSED."

DONE AND ORDERED this  **21st**  day of  **February** , 2018.

                             s/ William Stafford
                             WILLIAM STAFFORD
                             SENIOR UNITED STATES DISTRICT JUDGE